UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  
    **Frederick Kelley Plummer**  
    **Betty Ann Plummer**  
    Debtor(s)  
_____/

CASE NO.: 6:11-bk-09917-KSJ

CHAPTER: 7

DECLARATION UNDER PENALTY OF PERJURY
FOR ELECTRONIC FILING

The undersigned, **Frederick Kelley Plummer and Betty Ann Plummer**, declares under penalty of perjury that:

1. I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2. The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3. I understand that the Verified Document(s) is/are to be filed in electronic form with United Bankruptcy Court in connection with the above captioned case.

_____       _____  
Signature of Debtor                                     Signature of Joint Debtor  
or other declarant

VERIFIED DOCUMENT(S):

| DESCRIPTION | DATE EXECUTED | DATE FILED |
|---|---|---|
| Motion for Redemption of Collateral | 08/31/2011 | 08/31/2011 |