**South Lake Truck Sales, Inc.**
490 W. Hwy 50
Clermont, FL 34711
(352) 394-4787

June 13, 2011

To Whom It May Concern:

We have been in the automobile industry for over 30 years. We wholesale and retail automobiles as well as working the auctions.

In our professional opinion the 2001 Lincoln LS, ID# 1LNHM87A31Y702848 and an odometer reading of 41,372 is worth $1,900.00. This is due to the age and condition of the above described vehicle.

If you have any questions, or need any further information, please feel free to contact us at the number above.

Thanks,

Nick Bacon
South Lake Truck Sales, Inc.