IN THE UNITED STATE BANKRUPCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:                                               Case No.: 6:11-bk-09917-KSJ
Frederick Kelley Plummer
Betty Ann Plummer                                    Chapter 7

Debtors
_____/

## ORDER OF REDEMPTION

THIS CAUSE came on for consideration upon Debtors' Motion for Redemption (Doc. No. 19) and having been no responsive filing or objection within the time required, the Court finds as follows:

1. The tangible personal property described below is intended primarily for personal, family, or household use of the Debtors:

    2001 Lincoln LS
    41,500 miles
    VIN #1LNHM87A31Y702848

2. The debt owing the Creditor is a dischargeable consumer debt and the Debtors' interest in such property is exempt or has been abandoned by the estate.

3. The value of the secured claim of the Creditor for redemption purposes, the "redemption amount" is $1,900.00.

IT IS HEREBY ORDERED that the Debtors may redeem the subject property by paying to the Creditor on or before the thirtieth (30th) day following the entry of this Order the redemption amount. Upon timely receipt of such payment, the Creditor is ordered to cancel its lien of record and surrender the certificate of title in accord with the Debtor's instruction. In the event of the failure of the Debtors to pay the redemption amount within such time frame, the automatic stay shall immediately terminate.

DONE and ORDERED in Orlando, Florida, this 22nd day of September, 2011

_____
Karen S. Jennemann
U.S. Bankruptcy Judge

Copies furnished to:
**Chapter 7 Trustee**, Arvind Mahendru, 5703 Red Bug Lake Rd., Suite 284, Winter Springs, FL 32708
**U.S. Trustee**, 135 W. Central Blvd., Suite 620, Orlando, FL 32801
**Attorney For Debtors**, Joel L. Gross, Esq., 655 West Highway 50, Suite 101, Clermont, FL 34711
**Debtors**, Frederick Plummer and Betty Ann Plummer, 16731 Tequesta Trail, Clermont, FL 34715
**Creditor**, William Hickey, 1741 Stafford Springs Blvd., Mount Dora, FL 32757