UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:
FREDERICK KELLEY PLUMMER

BETTY ANN PLUMMER

             Debtor(s).
_____/

Case No. 6:11-bk-09917- KSJ

Chapter 7

## NOTICE OF ADDITIONAL SECURED CREDITOR(S)

NOTICE IS HEREBY GIVEN by, Bob M$^c$Kee, as Tax Collector for Lake County, Florida (hereinafter the Tax Collector), that the creditors listed below have purchased the pre-petition secured ad valorem property tax liens on the property referenced below, which is included within the Debtor's estate.

| Certificate Holder Contact Information | Tax Account No. | Tax Year(s) | Certificate No. | Certificate Face Amount | Interest Bid |
|---|---|---|---|---|---|
| CATALINA TAX CO LLC<br>US BANK % CATALINA TAX CO LLC<br>P.O. BOX 645040<br>CINCINNATI, OH 45264-5040 | 2422250100-105-00500 | 2010 | 4982 | $2,484.31 | 0.25% |
| | | | | | |
| | | | | | |
| | | | | | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the  31st  day of     October 2011     the undersigned filed a copy to all relevant parties in this action electronically with the Bankruptcy Court and by U.S. Mail to the Certificate Holder(s) and Debtor's Counsel.

    /s/ Ying Jiang
    DEPUTY TAX COLLECTOR
    LAKE COUNTY TAX COLLECTOR
    Post Office Box 327
    Tavares, FL 32778-1027
    Telephone: (352) 343-9602
    Facsimile:  (352) 253-2125
    Email: ying.jiang@laketax.com