Page 1 of 1

Case 6:11-bk-09917-KSJ    Doc 91-1    Filed 08/16/13    Page 1 of 2

**mlflorence@cfl.rr.com**

| | |
|---|---|
| **From:** | "James Homich" <jhomich@earthlink.net> |
| **Date:** | Monday, August 29, 2011 4:36 PM |
| **To:** | <jlgpa@cfl.rr.com> |
| **Attach:** | Gross Ltr.pdf |
| **Subject:** | Hickey Property |

James L. Homich, Esq.
621 E. Fifth Avenue
Mount Dora, Florida 32757
352.383.3031 (fax.8833)

# James L. Homich
LAWYER

621 E. FIFTH AVENUE
MOUNT DORA, FLORIDA 32757
352.383.3031 fac.8833

August 29, 2011

Via Electronic Transmission to jlgpa@cfl.rr.com

Mr. Joel L. Gross
655 West Highway 50, Suite 101
Clermont, FL 34711

re: Plummer Mortgage/Lincoln

Mr. Gross,

    I reviewed the offer and the law with my client, Mr. Hickey, and he is unwilling to allow your client in to retain the car in exchange for a deed to the real property. As you are aware your client indicated at the meeting that his intention was to surrender the property. He also affirmed the fact that the car is security for Mr. Hickey's debt. You indicated that you would be amending the petition to reflect this fact. As I have not received either the vehicle or an amendment, I will have to object to any discharge. Additionally, I expect for Mr. & Mrs. Plummer to execute a Quitclaim Deed for the real property to effect the surrender of the property as I assume they do not want to amend the petition to reaffirm the debt or redeem it.

    Please advise by Friday whether the Plummers will voluntarily surrender the secured property in question so that we can avoid delaying their discharge.

Sincerely,

James L. Homich

cc: Mr. Hickey