\*\*\* FILED: LAKE COUNTY, FL  NEIL KELLY, CLERK 10/18/2012 3:01:36 PM \*\*\*

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT,
IN AND FOR LAKE COUNTY, FLORIDA

WILLIAM HICKEY and  
MARY JANE HICKEY,  
  Plaintiffs

Case No.: 2012 CA 3271

vs.

FRED K. PLUMMER, BETTY A.  
PLUMMER, KEVIN BLACKLIDGE,  
SIMON BRAZIL, UNKNOWN  
TENANT(S), REGIONAL ASSET  
SERVICING CORPORATION,  
a Florida Corporation, and the  
UNITED STATES OF AMERICA.  
  Defendants.  
_____/

## NOTICE OF FILING

NOTICE IS HEREBY GIVEN that the mortgage and note being foreclosed by Plaintiff was discharged in Bankruptcy, and would further state:

1. Defendants, Fred K. Plummer and Betty A. Plummer filed a Chapter 7 bankruptcy in the Middle District of Florida, case number 6:11-bk-09917-KSJ on June 30, 2011.

2. The property located at 1029 Magnolia St., Clermont, FL 34711 was surrendered in their Chapter 7 bankruptcy (see Exhibit A attached hereto).

3. Defendants did not sign a reaffirmation agreement for subject property.

4. On October 4, 2011, Defendants received a Discharge in their bankruptcy.

5. Defendants were served a Complaint for foreclosure on October 8, 2012 for the subject property.

6. Pursuant to the bankruptcy discharge any judgment entered must be limited to *in rem* relief against the property and not *in personam* relief against the Defendants.

Exhibit "A"

7. The filing of this Notice is only for the convenience of the Court and does not constitute an appearance in this State Court case. The undersigned attorney represents the Defendants only in connection with the Bankruptcy case filed in the U.S. Bankruptcy Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 18th day of October, 2012, I electronically filed the foregoing Notice with the Clerk of the Courts by using the ECF system which will send a notice of electronic filing to the following: James L. Homich, Attorney for Plaintiffs, 621 E. Fifth Avenue, Mount Dora, FL 32757 at email address jhomich@earthlink.net. I further certify that I mailed the foregoing document by first-class U.S. Mail to the following non-ECF participants: William Hickey and Mary Jane Hickey, 1741 1741 Stafford Springs Blvd., Mount Dora, FL 32757; and Defendants, Frederick Kelley Plummer and Betty Ann Plummer, 16731 Tequesta Trail, Clermont, FL 34715, this the 18th day of October, 2012.

/s/ JOEL L GROSS  
JOEL L. GROSS, Esq.  
FBN: 0419796  
The Law Office of Joel L. Gross, P.A.  
655 West Highway 50, Suite 101  
Clermont, Florida 34711  
(352) 536-6288 Phone  
(352) 536-2452 Fax

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Frederick Kelley Plummer**
        **Betty Ann Plummer**                                                Case No. _____
                                                            Debtor(s)        Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Centennial Bank** | **Describe Property Securing Debt:**<br>**600 S. Main Avenue**<br>**Minneola, FL 34755**<br>**SURRENDER** |

Property will be (check one):
   ■ Surrendered            ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Chase** | **Describe Property Securing Debt:**<br>**16731 Tequesta Trail**<br>**Clermont, FL 34715**<br>**HOMESTEAD** |

Property will be (check one):
   ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08) Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Ford Motor Credit | **Describe Property Securing Debt:**<br>2006 Ford F250<br>110,600 miles<br>VIN #1FTSW21P66ED82111 |

Property will be (check one):
 ☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ■ Reaffirm the debt
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt     ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Wells Fargo/Wachovia | **Describe Property Securing Debt:**<br>16731 Tequesta Trail<br>Clermont, FL 34715<br>HOMESTEAD |

Property will be (check one):
 ☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ■ Reaffirm the debt
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt     ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                          Page 3

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>William Hickey | **Describe Property Securing Debt:**<br>1029 Magnolia St.<br>Clermont, FL 34711<br>**SURRENDER** |

Property will be (check one):
   ■ Surrendered               ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt             ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **June 30, 2011**        Signature  **/s/ Frederick Kelley Plummer**
                                                            **Frederick Kelley Plummer**
                                                            Debtor

Date **June 30, 2011**        Signature  **/s/ Betty Ann Plummer**
                                                            **Betty Ann Plummer**
                                                            Joint Debtor