# Donna Divine

**From:** Donna Divine
**Sent:** Tuesday, November 01, 2011 1:25 PM
**To:** Anita Geraci
**Subject:** FW: Plummer - Title

Please see Mr. Homich's response in regards to the title.

---

**From:** James Homich [mailto:jhomich@earthlink.net]
**Sent:** Tuesday, November 01, 2011 1:14 PM
**To:** Donna Divine
**Subject:** Re: Plummer - Title

I am withholding action until your client executes the deed in lieu of foreclosure as part of the full settlement. You should check with Mr. Gross regarding the terms.

James L. Homich, Esq.
621 E. Fifth Avenue
Mount Dora, Florida 32757
352.383.3031 (fax.8833)

> ----- Original Message -----
> **From:** Donna Divine
> **To:** James Homich
> **Sent:** Tuesday, November 01, 2011 11:34 AM
> **Subject:** Plummer - Title
>
> Mr. Homich,
>
> On October 19, 2011 a Cashier's Check in the amount of $1,900.00 was forwarded to your office via Federal Express 10/19/11. As of yesterday Mr. Plummer has not received the certificate of title. Could you please confirm if the title has been sent out and if so the date it was forwarded.
>
> Thank you.
>
> Donna L. Divine
> Assistant to Anita Geraci-Carver, Esq.
> Law Office of Anita Geraci-Carver, P.A.
> 1560 Bloxam Avenue
> Clermont, FL  34711
> (352) 243-2801
> Fax (352) 243-2768
>
> This message contains legally privileged and confidential information intended only for the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please immediately notify the sender and promptly delete this message from your computer. Thank you.
>
> DISCLAIMER UNDER CIRCULAR 230: NOTHING CONTAINED HEREIN IS INTENDED OR WRITTEN TO BE USED, NOR MAY IT BE RELIED UPON OR USED, (1) BY ANY TAXPAYER FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE IMPOSED ON THE TAXPAYER UNDER THE INTERNAL REVENUE CODE OF 1986, AS AMENDED AND/OR (2)